IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


GREGORY S. KONTAXES,                           )
                              Plaintiff,        )
                                               )
       vs.                                     ) Civil Action No. 12-1165
                                               ) Judge Mark R. Hornak
                                               ) Magistrate Judge Maureen P. Kelly
JUDGE JOHN F. WAGNER, JR.,                      )
                              Defendant.        )


## O R D E R

AND NOW, this 3ʳᵈ day of January, 2013, after the Plaintiff, Gregory S.

Kontaxes, filed an action in the above-captioned case, and after a Report and Recommendation

was filed by the United States Magistrate Judge granting the Plaintiff until December 31, 2012,

to file written objections thereto, and no objections having been filed, and upon independent

review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

       IT IS HEREBY ORDERED that, pursuant to the screening provisions of the

Prison Litigation Reform Act, the Complaint is dismissed for failure to state a claim upon which

relief can be granted.

       IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
United States District Judge

cc:   Honorable Maureen P. Kelly
      United States Magistrate Judge

      Gregory S. Kontaxes
      FB-3371
      SCI Rockview
      P.O. Box A
      Bellefonte, PA 16823